UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARIUS GRIGORIU,<br><br>                 Plaintiff,<br>    v.<br><br>ATLANTIC CASUALTY INSURANCE COMPANY,<br><br>                 Defendant. | CASE NO. 3:23-cv-06114-DGE<br><br>ORDER GRANTING MOTION FOR EXTENSION (DKT. NO. 8) |

Before the Court is Plaintiff's motion for an extension of time to provide initial disclosures. (Dkt. No. 8.) Finding good cause for an extension, the Court GRANTS Plaintiff's motion. (*Id.*) The deadline for Plaintiff's initial disclosures SHALL be modified to April 5, 2024.

Dated this 22nd day of April 2024.

David G. Estudillo
United States District Judge

ORDER GRANTING MOTION FOR EXTENSION (DKT. NO. 8) - 1