HONORABLE DAVID G. ESTUDILLO

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| MARIUS GRIGORIU,<br><br>Plaintiff,<br><br>v.<br><br>ATLANTIC CASUALTY INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 3:23-cv-06114-DGE<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS**<br><br>**NOTE ON MOTION CALENDAR: AUGUST 7, 2024** |

**STIPULATION**

The parties, by and through their respective counsel, hereby stipulate that all claims may be dismissed with prejudice and without fees or costs, and request that the Order below dismissing this case be entered. The parties have reached a settlement.

**ORDER**

THIS MATTER having come on before the above-entitled court on the above stipulation of the parties through their counsel of record, now, therefore, it is hereby ORDERED that all claims

///

///

///

| | |
|---|---|
| STIPULATION AND ORDER<br>OF DISMISSAL WITH PREJUDICE<br>OF ALL CLAIMS - 1 | GORDON & POLSCER, L.L.C.<br>1700 Seventh Avenue, Suite 2100<br>Seattle, WA 98101<br>Telephone (206) 223-4226 |

herein be dismissed with prejudice and without costs or attorney's fees to any party.

Dated this 8th of August, 2024.

By: _____
Honorable David G. Estudillo
UNITED STATES DISTRICT JUDGE

Presented through stipulation by:

Dated: August 7, 2024.                BROOKS LAW FIRM.

By: _____
Ray C. Brooks, WSBA #37768
*Attorney for Plaintiff*
*Marius Grigoriu*

Dated: August 7, 2024.                GORDON & POLSCER, L.L.C.

By: _____
T. Arlen Rumsey, WSBA #19048
*Attorney for Defendant*
*Atlantic Casualty Insurance*
*Company*

# CERTIFICATE OF SERVICE

The undersigned certifies, under penalty of perjury under the laws of the State of Washington, that on the date indicated below, I electronically filed the foregoing document via the Western District of Washington's CM/ECF e-filing system, and caused the foregoing document to be served to the following individuals in the manner(s) indicated below:

*Attorneys for Plaintiff*

| | |
|---|---|
| Ray C. Brooks, WSBA No. 37768<br>Brooks Law Firm<br>8201 164th Ave NE, Ste 200<br>Redmond, WA 98052<br>Phone: (425) 296-9025<br>Fax: (425) 296-4969<br>ray@lawyerbrooks.com<br>polona@lawyerbrooks.com | ☐ U.S. Mail<br>☐ Hand Delivery<br>☒ E-Mail<br>☒ CM/ECF |

DATED this 7th day of August, 2024.

/s/ *Edward Chien*
Edward Chien, Paralegal

CERTIFICATE OF SERVICE - 1

**GORDON & POLSCER, L.L.C.**
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Telephone: (206) 223-4226